IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERRAH SHAD | : | CIVIL ACTION |
| v. | : | |
| DELTA AIR LINES, INC. et al. | : | NO. 14-5509 |

ORDER

AND NOW, this 20th day of April, 2015, upon consideration of defendants Delta Air Lines, Inc. and Northwest Airlines, Inc.'s motion to dismiss (docket entry # 9), plaintiff's response in opposition thereto, Delta's motion for leave to file a reply (docket entry # 12) and plaintiff's motion for leave to file a surreply (docket entry # 13), it is hereby ORDERED that:

1. Defendant Northwest Airlines, Inc. is DISMISSED as it no longer exists as a cognizable juridical entity;

2. Delta Air Lines, Inc.'s motion for leave to file a reply is GRANTED;

3. Plaintiff's motion for leave to file a surreply is GRANTED;

4. Delta Air Lines, Inc.'s motion to dismiss is GRANTED;

5. Shad's amended complaint is DISMISSED; and

6. Shad's request to amend her Amended Complaint is DENIED; and

7. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

_/s/ Stewart Dalzell, J._
Stewart Dalzell, J.